J. ROMAINE BROWN, Plaintiff, v. A. E. R. REALTY COMPANY, INC., TITLE GUARANTEE AND TRUST COMPANY and Others, Defendants.— Motions denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

GEORGE BULLOCK, Appellant, v. JAMES S. COOLEY, Respondent.— Motion for stay granted on condition that any school taxes upon the property in school district No. 7 since January 1, 1917, shall not be collected or enforced in the meantime; also that appellant shall give an undertaking in the sum of $1,000 to cover all damages that respondent or those whom he represents may sustain by reason of such stay. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ. Order to be settled on notice.

MARY CAHILL, Respondent, v. OTTO WISSNER, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Rich and Blackmar, JJ.; Jaycox, J., not voting.

GIROLAMO CORDO, Respondent, v. RETINA CORDO, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

KATHERINE FLOOD, Appellant, v. REGINA CRESCENT, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

JAMES J. KLEIN, Respondent, v. MITCHELL ROSENZWEIG and Others, Appellants.— Motion denied on condition that appellants pay ten dollars, costs within five days, perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, without costs. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.